**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1166

ETHELBERT T.F. JOHNSON,

        Plaintiff - Appellant,

    v.

COMMONWEALTH OF VA,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:22-cv-00219-AWA-DEM)

Submitted: August 29, 2023                Decided: August 31, 2023

Before KING, AGEE, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ethelbert T.F. Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ethelbert T.F. Johnson appeals the district court's order dismissing his civil action in which he sought to challenge a prior state court decision. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Johnson's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. *Johnson v. Virginia*, No. 2:22-cv-00219-AWA-DEM (E.D. Va. Jan. 30, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*